82,956-01

April 20, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk

Abel Acosta

Clerk Court of Criminal Appeals

Capitol Station

P.O. Box 12308

Austin, Texas 78711

RE: STATE OF TEXAS VS TRAVIS K. LONGORIA

CCA NO. WR-82,956-01

Trial Court Case NO. 17859-B (1)

Mr. Acosta:

On March 31, 2015 I received a letter from your office dismissing my Application for Writ of Habeas Corpus as Non Compliant

Per the instructions on the Application for Writ of Habeas Corpus on line 3 it states " If your application is returned as non-Compliant, the Clerk of the trial court will write a note of the defect on your application and return the form to you without filing it"

Would you please return my Application for Writ of Habeas Corpus so I can Correct the defects and then refile it with the court.

(1)

Sincerely,

Travis K. Longoria # 99577
C/O Taylor County Jail
910 S. 27th Street
Abilene, Texas 79602

CC: Patricia Henderson
Taylor County District Clerk
300 Oak Street
Suite 400
Abilene, Texas 79602

(2)